## BUCHANAN *v.* REEVES.

This case being for decision by a full bench of six Justices, who are evenly divided in opinion, Fish, C. J., and Atkinson and Hill, JJ., favoring an affirmance, and Evans, P. J., and Beck and Gilbert, JJ., favoring a reversal, the judgment of the court below stands affirmed by operation of law.

JUNE 14, 1917.

Claim. Before Judge Freeman. Carroll superior court. June 8, 1916.

*Willis Smith* and *J. I. Smith,* for plaintiff in error.

*R. D. Jackson, S. Holderness, Boykin & Robinson,* and *H. H. Burns,* contra.